# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | Re D.I. 40 |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, | ) | Case No. 07-10942 (CSS) |
| | ) | |
| Debtor. | ) | Re: D.I. 129 |
| | ) | |

## ORDER RESOLVING DISPUTED ELECTION AND CONFIRMING ELECTION OF TRACY L. KLESTADT AS PERMANENT TRUSTEE

Upon the motion (the "Motion")[1] of Wells Fargo Bank, N.A., as administrative and collateral agent (in such capacity, the "Agent"), on behalf of itself, as Agent, and the other lenders (collectively, the "Lenders") under that certain Term Loan Agreement, dated as of June 9, 2005, by and among the Agent, the Lenders and Alliance Mortgage Investments, Inc. ("AMI") (as amended, restated and/or modified from time to time, the "Loan Agreement"), for entry of an order pursuant to section 702 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order resolving the disputed election and confirming the election of Tracy L. Klestadt as permanent trustee in the chapter 7 cases of AMI and Alliance Bancorp ("AB" and together with AMI, the "Debtors"); and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the above-captioned debtors' estates, the

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

debtors' creditors and other parties in interest in these cases; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Tracy L. Klestadt is appointed as the duly elected permanent trustee of the estates of AMI and AB.

Dated: ~~August~~ Sept. 12, 2007
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE