IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 07-10942 (CSS) |
| Alliance Bancorp | : | |
| Debtor. | : | Chapter 7 |

**NOTICE TO ELECTED INTERIM TRUSTEE/TRUSTEE OF SELECTION
IN AN ASSET CASE**

TO: Tracy L. Klestadt

You are hereby notified of your appointment in an asset case as Elected Interim Trustee/Trustee of the estate of the above named debtor. The amount of your bond has been fixed by the United States Trustee. You are rquired to notify **ANDREW R. VARA, ASSISTANT UNITED STATES TRUSTEE**, at J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, Delaware 19801 in writing within five (5) days after receipt of this notice only if you reject this case.

DATED: September 13, 2007

                KELLY BEAUDIN STAPLETON
                UNITED STATES TRUSTEE
                ANDREW R. VARA
                ASSISTANT U.S. TRUSTEE