# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Dkt. No. 44** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, | ) | Case No. 07-10942 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Dkt. No. 140** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, Inc., f/k/a United Financial Mortgage Corp., | ) | Case No. 07-10943 (CSS) |
| | ) | **Re: Dkt. No. 45** |
| Debtor. | ) | |
| | ) | Hearing Date: October 22, 2007 at 11:00 a.m. |

## PERMANENT TRUSTEE'S SUPPLEMENT TO INTERIM TRUSTEE'S APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN FTI CONSULTING, INC. AS FINANCIAL ADVISORS

Tracy L. Klestadt ("Klestadt"), by his attorneys, Klestadt & Winters, LLP and The Bayard Firm, as and for his supplement (the "Supplement") to the application (the "Claybrook Application") of Montague S. Claybrook ("Claybrook"), as interim chapter 7 Trustee of the above-captioned debtors for an Order, pursuant to section 327 of the Bankruptcy Code, authorizing Claybrook to retain FTI Consulting, Inc. and its wholly owned subsidiaries (collectively, "FTI") as financial advisors in the above captioned chapter 7 cases, and chapter 7 case no. 07-10943, respectfully states as follows:

## BACKGROUND

1. On July 13, 2007 (the "Petition Date"), the Debtors each filed in this Court a voluntary petition for relief under Chapter 7 of title 11 of the Bankruptcy Code.

2. On or about July 16, 2007, the Office of the United States Trustee appointed Montague S. Claybrook as the interim trustee (the "Interim Trustee") of the cases of Alliance Mortgage Investments, Inc. ("AMI"), Alliance Bancorp ("AB") and Alliance Bancorp Inc. ("ABI" and together with AMI and AB, the "Debtors").

3. On July 16, 2007, Claybrook selected FTI as financial advisor. On September 6, 2007, Claybrook filed the Claybrook Application requesting authority to employ and retain FTI as financial advisor to Claybrook in the Debtors' cases *nunc pro tunc* as of July 16, 2007.

4. On September 12, 2007, after the filing of the Claybrook Application, this Court entered an order resolving a disputed election and confirming the election of Klestadt as permanent trustee of the AMI and AB estates.

## SUPPLEMENTAL REQUEST

5. By this Supplement, Klestadt requests the employment and retention of FTI pursuant to section 327 of the Bankruptcy Code as financial advisor to Klestadt in relation the AMI and AB cases, subject to the restrictions set forth herein.

6. Klestadt is familiar with the professional standing and reputation of FTI. Klestadt understands and recognizes that FTI has extensive experience directly relevant to its proposed employment in these cases.

7. The services of FTI are deemed necessary to enable Klestadt to liquidate the assets of the AMI and AB in an orderly fashion to maximize the value of their respective estates. Further, FTI is well qualified and able to represent Klestadt.

## LIMITATION IN SCOPE OF SERVICES

8. FTI will provide such services to Klestadt and his other legal advisors as they deem appropriate and feasible in order to advise Klestadt during the course of the AMI and AB cases in the same manner described in the Claybrook Application, subject to the limitations set forth herein.

9. Except with the express written consent of Klestadt and Claybrook, in its capacity as financial advisor to Klestadt, FTI shall not:

    a) analyze or consult with any person concerning the strength or weakness of any claims or defenses by or against one or more of the Debtors as against one or more of the Debtors (the "<u>Inter-Estate Litigation</u>"); or

    b) serve as an expert for the prosecution of Inter-Estate Litigation.

## FTI's ELIGIBILITY FOR EMPLOYMENT

10. FTI has informed Klestadt, that given the scope of the services Klestadt seeks from FTI and except as may otherwise be set forth in the Claybrook Application, that it is disinterested and does not hold or represent any other entity having an adverse interest in connection with these cases, and therefore believes it is eligible to represent the Klestadt under section 327 of the Bankruptcy Code.

11. FTI will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are discovered, FTI will supplement its disclosure to the Court.

WHEREFORE, Klestadt respectfully requests that the Court enter an Order, substantially in the form attached hereto, authorizing Klestadt to employ and retain FTI as financial advisor in the above-captioned cases for the purposes set forth above, *nunc pro tunc* September 12, 2007.

Dated: Wilmington, Delaware
October 18, 2007

THE BAYARD FIRM

Jeffrey M. Schlerf (No. 3047)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-5395

- and -

KLESTADT & WINTERS, LLP
Sean C. Southard (SS-2825)
Joseph C. Corneau (JC-1721)
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000

Proposed Attorneys for Tracy L. Klestadt,
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Dkt. No. 44** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, | ) | Case No. 07-10942 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Dkt. No. 140** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, Inc., f/k/a United Financial Mortgage Corp., | ) | Case No. 07-10943 (CSS) |
| | ) | **Re: Dkt. No. 45** |
| Debtor. | ) | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEES NUNC PRO TUNC AS OF JULY 16, 2007**

Upon the application (the "Claybrook Application") of Montague S. Claybrook ("Claybrook"), as interim chapter 7 Trustee of the above-captioned debtors (collectively, the "Debtors") for an Order, pursuant to section 327 of the Bankruptcy Code, authorizing Claybrook to retain FTI Consulting, Inc. and its wholly owned subsidiaries (collectively "FTI") as financial advisors in these chapter 7 cases effective as of July 16, 2007; and upon the Verified Statement of William Nolan (the "Nolan Statement") in support of the Application; and upon the supplement (the "Klestadt Supplement") of Tracy L. Klestadt ("Klestadt" and together with Claybrook referred to as the "Trustees"), as permanent chapter 7 trustee of Alliance Mortgage

Investments, Inc. ("AMI") and Alliance Bancorp ("AB") to the Claybrook Application; and the Court having determined that the legal and factual basis set forth in the Claybrook Application, the Nolan Statement, and the Klestadt Supplement establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Application and the Klestadt Supplement was sufficient under the circumstances.

D. The Application, the Nolan Statement, and the Klestadt Supplement are in full compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

1. The Application, together with the Supplement, is GRANTED as set forth herein.

2. In accordance with section 327 of the Bankruptcy Code, Claybrook is authorized to retain and employ FTI as his financial advisors in these chapter 7 cases, *nunc pro tunc* as of July 16, 2007, on the terms set forth in the Application.

3. In accordance with section 327 of the Bankruptcy Code, Klestadt is authorized to retain and employ FTI as his financial advisors in the AMI and AB cases, *nunc pro tunc* as of September 12, 2007, on the terms set forth in the Application, and the retention of FTI by Claybrook in the AMI and AB cases shall terminate as of September 12, 2007.

673477-1

4. Except with the express written consent of the Trustees, in its capacity as financial advisor to the Trustees, FTI shall not

    (a) Analyze or consult with the Trustees concerning the strength or weakness of any claims or defenses by or against one or more of the Debtors as against one or more of the Debtors (the "Inter-Estate Litigation"); and

    (b) Serve as an expert for the prosecution of Inter-Estate Litigation.

5. FTI shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

6. FTI shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders of this Court.

7. This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated: October ____, 2007

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge