ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Dkt. No. 44** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, | ) | Case No. 07-10942 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Dkt. No. 140** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, Inc., f/k/a United Financial Mortgage Corp., | ) | Case No. 07-10943 (CSS) |
| | ) | **Re: Dkt. No. 45** |
| Debtor. | ) | |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEES NUNC PRO TUNC AS OF JULY 16, 2007

Upon the application (the "Claybrook Application") of Montague S. Claybrook ("Claybrook"), as interim chapter 7 Trustee of the above-captioned debtors (collectively, the "Debtors") for an Order, pursuant to section 327 of the Bankruptcy Code, authorizing Claybrook to retain FTI Consulting, Inc. and its wholly owned subsidiaries (collectively "FTI") as financial advisors in these chapter 7 cases effective as of July 16, 2007; and upon the Verified Statement of William Nolan (the "Nolan Statement") in support of the Application; and upon the supplement (the "Klestadt Supplement") of Tracy L. Klestadt ("Klestadt" and together with Claybrook referred to as the "Trustees"), as permanent chapter 7 trustee of Alliance Mortgage

Investments, Inc. ("AMI") and Alliance Bancorp ("AB") to the Claybrook Application; and the Court having determined that the legal and factual basis set forth in the Claybrook Application, the Nolan Statement, and the Klestadt Supplement establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Application and the Klestadt Supplement was sufficient under the circumstances.

D. The Application, the Nolan Statement, and the Klestadt Supplement are in full compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

1. The Application, together with the Supplement, is GRANTED as set forth herein.

2. In accordance with section 327 of the Bankruptcy Code, Claybrook is authorized to retain and employ FTI as his financial advisors in these chapter 7 cases, *nunc pro tunc* as of July 16, 2007, on the terms set forth in the Application.

3. In accordance with section 327 of the Bankruptcy Code, Klestadt is authorized to retain and employ FTI as his financial advisors in the AMI and AB cases, *nunc pro tunc* as of September 12, 2007, on the terms set forth in the Application, and the retention of FTI by Claybrook in the AMI and AB cases shall terminate as of September 12, 2007.

4. Except with the express written consent of the Trustees, in its capacity as financial advisor to the Trustees, FTI shall not

> (a) Analyze or consult with the Trustees concerning the strength or weakness of any claims or defenses by or against one or more of the Debtors as against one or more of the Debtors (the "Inter-Estate Litigation"); and
>
> (b) Serve as an expert for the prosecution of Inter-Estate Litigation.

5. FTI shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

6. FTI shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders of this Court.

7. This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated: October 22, 2007

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge