## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | Chapter 7 |
| In re: | ) | |
| | ) | Case No. 07-10942 (CSS) |
| Alliance Bancorp, | ) | |
| | ) | **Objection deadline: May 12, 2008 at 4:00 p.m.** |
| Debtor. | ) | **Hearing date: May 19, 2008 at 10:00 a.m.** |

## FIRST INTERIM FEE APPLICATION OF FTI CONSULTING, INC, FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEES OF ALLIANCE MORTGAGE INVESTMENTS, INC. AND ALLIANCE BANCORP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 16, 2007 THROUGH MARCH 31, 2008

| | |
|---|---|
| *Name of Applicant*: | FTI Consulting, Inc |
| *Authorized to Provide Professional Services to*: | Chapter 7 Trustees of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| *Date of Retention*: | October 22, 2007, *nunc pro tunc* to July 16, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | July 16, 2007 through March 31, 2008 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $280,565.00 |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $7,664.27 |

No prior applications have been filed.

{00861182;v1}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Alliance Mortgage Investments, Inc., | Case No. 07-10941 (CSS) |
| Debtor. | |
| In re: | Chapter 7 |
| Alliance Bancorp, | Case No. 07-10942 (CSS) |
| Debtor. | **Objection deadline: May 12, 2008 at 4:00 p.m.** <br> **Hearing date: May 19, 2008 at 10:00 a.m.** |

## FIRST INTERIM FEE APPLICATION OF FTI CONSULTING, INC, FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEES OF ALLIANCE MORTGAGE INVESTMENTS, INC. AND ALLIANCE BANCORP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 16, 2007 THROUGH MARCH 31, 2008

This first interim fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by FTI Consulting, Inc (*"FTI"*) requesting payment for services rendered and reimbursement of costs expended as financial advisor for the Chapter 7 Trustees (the *"Trustees"*) of Alliance Mortgage Investments, Inc. ("AMI") and Alliance Bancorp ("AB" or together with AMI collectively the *"Debtors"*) for the period of July 16, 2007 through March 31, 2008 (the *"Application Period"*). In support of this Fee Application, FTI respectfully states as follows:

### Jurisdiction

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 7 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## Chapter 7 Background

3.      On July 13, 2007 (the "Petition Date"), AMI, AB, and Alliance Bancorp, Inc. ("ABI,") each respectively filed petitions for relief under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code").

4.      On July 16, 2007, Montague S. Claybrook ("Interim Trustee") was appointed the interim Chapter 7 trustee of the estates of AMI, AB and ABI.

5.      On August 15, 2007, at the meeting of creditors held pursuant to section 341 of the Bankruptcy Code, an election was held with respect to the estates of AMI and AB, at which Tracy L. Klestadt ("Trustee") was elected to succeed the Interim Trustee as trustee of the estates of AMI and AB. The Interim Trustee remains the trustee of the estate of ABI.

6.      On September 17, 2007, the Trustee accepted his appointment as permanent trustee of the estates of AMI and AB.

7.      On October 22, 2007, FTI's retention application was approved as financial advisors to the Chapter 7 Trustees.  Pursuant to this order, the Interim Trustee was authorized to retain and employ FTI as its financial advisors in the AMI, AB and ABI cases, nunc pro tunc as of July 16, 2007.  The order also stated that the Trustee is authorized to retain and employ FTI as its financial advisors in the AMI and AB cases, nunc pro tunc as of September 12, 2007, and the retention of FTI by the Interim Trustee in the AMI and AB cases was terminated as of September 12, 2007.

## Relief Requested

8.      FTI submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code. By this Fee Application, FTI seeks allowance of compensation for actual and necessary professional services rendered in the amount of $280,565.00 for the Application

2

Period, and seeks payment of 100% of this amount, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $7,664.27.

## Summary of Fees

9.      The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Trustees during the Application Period was 661.8 hours.  Pursuant to the Order for Retention, FTI is entitled to full compensation for its services provided to the Trustees, plus reimbursement of necessary out of pocket expenses. During this particular period, FTI is requesting its fee for services rendered from July 16, 2007 through March 31, 2008.

10.     Services rendered by each professional and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"** and **Exhibit "B".**  Although FTI has made every effort to segregate its time entries by project code, by virtue of constantly evolving developments in these cases, there may have been some unavoidable overlap of description in certain entries.  (For example, in situations in which multiple subjects were discussed with the Trustee and other professionals in one telephone conversation or meeting, the particular telephone call or meeting may have been billed to the "Causes of Action" project code with a listing of subjects discussed, rather than providing multiple billing entries in different project codes).  Accordingly, the Court is respectfully requested to consider the following discussion of services rendered in its entirety in evaluating the reasonableness of the fees requested by FTI.

11.     Specifically, the primary services by Project Code rendered by FTI to the Trustees during the Application Period included the following (A schedule of all hours and fees by Project Code is shown in Exhibit B).

3

(3) Cause of Action Analysis:

FTI analyzed payments and asset transfers made within the 90 days prior to the petition date to third parties and within one-year for "insiders." To this end, FTI analyzed over 14,000 lines of data contained in the Company's general ledger, conducted numerous interviews with members of former management and analyzed supporting work paper files and other pertinent documents. As a result of this work, FTI shared a comprehensive presentation with its primary creditors, which outlined a number of possible causes of actions against various 3rd parties as well as next steps/limitations to pursuing these actions.

**Total Hours: 175.8**

(5) Analysis regarding Asset Sales:

FTI performed an investigation of the loans that are currently being serviced by GMAC. As part of this investigation, FTI received a list of loans from GMAC that were not coded to specific investors and purportedly were owned by Alliance. In order to identify who these loans

Tracy L. Klestadt, Chapter 7 Trustee ("Trustee") of the estates of Alliance Mortgage Investments, Inc. ("AMI") and Alliance Bancorp ("AB," and together with AMI, the "Debtors") submits this First Interim Report and Request for Commissions Pursuant to 11 U.S.C. Sections

for these services as financial advisor to the Committee during the Application Period in the sum of $280,565.00, together with the reimbursement of disbursements in the amount of $7,664.27; and such other and further relief that the Court deems just and proper.

Dated:    April 25, 2008                    FTI CONSULTING, INC

                                    By:    */s/ William Nolan*
                                           William J. Nolan
                                           100 North Tryon Street
                                           Suite 3350
                                           Charlotte, NC 28202
                                           Telephone: (704) 972-4101
                                           Facsimile: (704) 972-4121