ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 298** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, | ) | Case No. 07-10942 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 584** |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S SECOND INTERIM APPLICATION FOR COMMISSIONS PURSUANT TO 11 U.S.C. SECTIONS 326, 331 AND 506(c)

Upon consideration of the Chapter 7 Trustee's Second Interim Report And Application For Commissions Pursuant To 11 U.S.C. Sections 326, 331 And 506(c) (the "Application") filed by Tracy L. Klestadt, the Chapter 7 Trustee ("Trustee") of the above-captioned Debtors' estates; and it appearing that the Court has jurisdiction to consider the Application; and this Court having determined that proper and adequate notice of the Application has been given and that no other or further notice is required; and it further appearing that no objections to the Application has been filed; and it further appearing that the commission requested in the Application is reasonable and necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

ORDERED, that the Application is granted, and the Trustee is hereby awarded a second interim commission of $43,406.38 and reimbursement of expenses of $40.22; and it is further

ORDERED, that the Trustee is hereby authorized to pay the commission awarded hereby; and it is further

ORDERED, that this Order is effective immediately upon entry; and it is further

WM1A 926973v1 06/05/09

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 1, 2009

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

WM1A 926973v1 06/05/09