# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Docket Nos. 295, 296, 299 and 301** |
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, | ) | Case No. 07-10942 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Docket Nos. 580, 581, 585 and 588** |
| | ) | |

## <u>OMNIBUS ORDER GRANTING INTERIM FEE APPLICATIONS</u>

Upon consideration of the fee applications (the "Applications") for allowance of fees for professional services and disbursements incurred in these cases by the professionals identified on the attached Exhibit A (the "Applicants"); and it appearing that the Court has jurisdiction to consider the Applications; and this Court having determined that proper and adequate notice of the Applications has been given and that no other or further notice is required; and it further appearing that no objections to the Applications have been filed or have been withdrawn, overruled or resolved; and it further appearing that the compensation and reimbursement requested in the Applications is reasonable; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

ORDERED, that the fees and expenses of the Applicants are allowed in the amounts set forth on Exhibit A attached hereto, subject to the Applicants filing of final fee applications; and it is further

ORDERED, that the Trustee is hereby authorized and directed[1] to pay the allowed amounts to the Applicants as set forth on Exhibit A; and it is further

ORDERED, that this Order is effective immediately upon entry; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July __, 2009

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] Fox Rothschild LLP ("Fox") agreed to limit its rates to no more than $250 per hour for services relating to avoidance actions and to seek payment from the proceeds recovered from the avoidance actins for these services. Fox incurred fees in the amount of $4,060.00 related to these services. Fox seeks approval of this amount but will seek payment from the avoidance action recoveries.